**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| C2 OPTIONS EXCHANGE, INCORPORATED, | ) ) | Case No. 12-cv-6471 |
| Plaintiff, | ) ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| INTERNATIONAL SECURITIES EXCHANGE, LLC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 10, 2013 at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present C2 OPTIONS EXCHANGE, INCORPORATED'S UNOPPOSED MOTION TO STAY CASE PENDING APPEAL, a copy of which is being electronically served on all the attorneys of record by the Court's CM/ECF system.

- 2 -

| | |
|---|---|
| Dated: April 4, 2013. | Respectfully submitted, |

By: /s/ Stacie R. Hartman
Stacie R. Hartman
Rachel F. Sifuentes
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 6600
Chicago, IL 60606-6473
Telephone (312) 258-5500
Facsimile (312) 258-5600

Gina M. Bassi (*pro hac vice pending*)
666 Fifth Avenue, 17th Floor
New York, NY 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

*Attorneys for Plaintiff C2 Options
Exchange, Incorporated*