# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6471 | **DATE** | 4/12/2013 |
| **CASE TITLE** | C2 Options vs. International Securities | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to stay (52). Motion is granted. Case is stayed pending resolution of appeal in 07 C 623. Schedule is vacated. Claim construction hearing set for 2/21/2014 is vacated. Motion to appear pro hac vice by Gina Bassi, is granted. Ms. Bassi is directed to contact the Clerk's Office to establish an e-filing account. Joint status report is to be filed by 12/10/2013.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|