**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| C2 OPTIONS EXCHANGE, INCORPORATED, | ) ) | Case No. 12-cv-6471 |
| Plaintiff, | ) ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| INTERNATIONAL SECURITIES EXCHANGE, LLC. | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff C2 Options Exchange, Incorporated and Defendant International Securities Exchange, LLC, by their respective attorneys, hereby submit the following status report pursuant to the Court's Order entered April 12, 2013.

The United States Court of Appeals for the Federal Circuit has scheduled oral argument for January 9, 2014 in the case entitled *Chicago Board Options Exchange, Incorporated v. International Securities Exchange, LLC*, No. 2013-1326, concerning the same patent-in-suit as involved in this case, U.S. Patent No. 6,618,707.

This Honorable Court has stayed this action pending a ruling by the Federal Circuit.

- 2 -

Dated: December 10, 2013                                    Respectfully submitted,

By: */s/ Stacie R. Hartman*                                 By: */s/   Parker H. Bagley*
Stacie R. Hartman                                           Parker H. Bagley
Rachel F. Sifuentes                                         Boies, Schiller & Flexner LLP
Schiff Hardin LLP                                           575 Lexington Avenue, 7th Floor
233 South Wacker Drive, Suite 6600                          New York, NY  10022
Chicago, IL 60606-6473                                      Telephone 212.754.4216
Telephone (312) 258-5500                                    Facsimile  212.446.2350
Facsimile (312) 258-5600

*Attorneys for Plaintiff C2 Options Exchange,*              Michael S. DeVincenzo
*Incorporated*                                              Charles Wizenfeld
                                                            Goodwin Procter LLP
                                                            The New York Times Building
                                                            620 Eighth Avenue
                                                            New York, New York 10018
                                                            Telephone 212.813.8800
                                                            Facsimile  212.355.3333

                                                            Michael D. Huber
                                                            Cray Huber Horstman Heil & Van Ausdal
                                                            303 W. Madison, Suite 2200
                                                            Chicago, IL 60606
                                                            Telephone  (312) 332-8450
                                                            Facsimile  (312) 332-8451

                                                            *Attorneys for Defendant International*
                                                            *Securities Exchange, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically filed and served the foregoing JOINT STATUS REPORT with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will automatically notify and serve all counsel of record.

                                                             /s/ Stacie R. Hartman
                                                            Stacie R. Hartman