# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

C2 Options Exchange, Incorporated

                        Plaintiff,

v.                                          Case No.: 1:12−cv−06471

                                                        Honorable Matthew F. Kennelly

International Securities Exchange, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2013:

      MINUTE entry before the Honorable Matthew F. Kennelly: A further status report regarding the pending Federal Circuit appeal is to be filed on 3/31/2014, unless that court issues its decision earlier, in which case a status report is to be filed within 7 days of the court's ruling. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.