**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

C2 Options Exchange, Incorporated

                                        Plaintiff,

v.                                                                            Case No.: 1:12−cv−06471
                                                                           Honorable Matthew F. Kennelly

International Securities Exchange, LLC

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 7, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to withdraw the appearance of Rachel Sifuentes as attorney [57] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.